# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-3266

_____

United States of America,

*Plaintiff - Appellee,*

v.

Princton Sims,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: June 17, 2019
Filed: June 26, 2019
[Unpublished]

_____

Before COLLOTON, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Princton Sims appeals the sentence imposed by the district court[1] after he pleaded guilty to possessing methamphetamine with intent to distribute. His counsel

---

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas.

has moved for leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the sentence is substantively unreasonable, and that former counsel was ineffective in failing to negotiate a more favorable plea agreement.

After careful review, we conclude that the district court did not abuse its discretion in sentencing Sims. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc). Further, the court imposed the statutory minimum sentence. *See United States v. Woods*, 717 F.3d 654, 659 (8th Cir. 2013). We decline to address Sims's ineffective-assistance claim in this direct appeal. *See United States v. Ramirez-Hernandez*, 449 F.3d 824, 826-27 (8th Cir. 2006).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel's motion, and affirm.

_____